M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 JUN -9  P 12: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Freddie B. Walker )
Full name and prison name of )
Plaintiff(s) )
)
v. )
Tayir Siddiq )
Corizan, Inc )
Kenny Jones etal, )
Kim Thomas )
_____ )
)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO: 2:14-cv-581-WKW
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS
  A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

  B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐   NO ☑

  C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

       Plaintiff(s) _____

       _____

       Defendant(s) _____

       _____

   2.  Court (if federal court, name the district; if state court, name the county)
       _____
       _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Bullock Correction Facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Bullock Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Tarir Siddig | Bullock C.F. P.O. 5107 Union Springs, Ala |
| 2. | Corizan Inc | 105 West Park Dr Suite 200 Brentwood, TN 37027 |
| 3. | Kenny Jones | Bullock C.F. P.O. Box 5107 Union Springs, Al |
| 4. | Kim Thomas | 301 S Ripley St P.O. Box 301501 Montgomery Al 36130 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _9-26-13_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Deliberate Indifference, I received inappropriate treatment for my right eye._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The fact is that Dr. Siddig denied me treatment for my right eye and my eye is still giving me problems. This occured 9-26-13 @ 9:AM @ Bullock Healthcare Unit.

GROUND TWO: Dr Siddig told me that all I need is one eye to see. Another time my eye was paining he told me it was my back or my leg. I told him it was my right eye and he told me to take some tylenol.

SUPPORTING FACTS:

My eye is still hurting as of today and getting worse. I told him that I could lose my eye, he just laughed and said I don't need but one eye. He refused to send me to an eye doctor for treatment.

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for my eye to be Corrected by whatever Means.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on MAY-23 2014
           (Date)

_____
Signature of plaintiff(s)

Freddie B. WALKer II 159866
Bullock Cor. Facility
P.O. Box 5107
Union Springs, AL 36089



Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711