IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDDIE B. WALKER, <br> AIS #159866, <br><br> Plaintiff, <br><br> v. <br><br> TAHIR SIDDIQ, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 2:14-CV-581-WKW <br> )              [WO] <br> ) <br> ) <br> ) |

## **ORDER**

On February 15, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 27.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. Defendants' motions for summary judgment are GRANTED; and

2. Costs are taxed against Plaintiff.

A final judgment will be entered separately.

DONE this 10th day of March, 2017.

                                             /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE